NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANSPERFECT GLOBAL, INC.,**
*Appellant*

v.

**MOTIONPOINT CORPORATION,**
*Appellee*

---

2016-1121

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2014-00060.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge.*

**O R D E R**

MotionPoint Corporation moves to expedite this appeal. TransPerfect Global, Inc. opposes and moves to extend the time to file its opening brief. MotionPoint opposes TransPerfect's motion for an extension.

In Appeal Nos. 2015-1165, -1201, the parties have appealed the final judgment of the district court in related

litigation, including the district court's initial grant of a permanent injunction against MotionPoint on the basis that it infringed TransPerfect's U.S. Patent No. 6,857,022 ("the '022 patent").

This appeal is from the Patent Trial and Appeal Board's final written decision that the '022 patent is unpatentable. MotionPoint submitted the motion to expedite this appeal primarily on the basis that it was enjoined based on a patent now deemed unpatentable. However, after MotionPoint's motion to expedite was filed, the district court granted a stay of the injunction.

The only other asserted basis for a stay is to simplify the issues in the district court appeals. But no briefs in this case have been filed, while the district court appeals already are scheduled for oral argument and this court already considered and rejected MotionPoint's arguments made in furtherance of a stay in those proceedings. Order at 3, ECF No. 59, *TransPerfect Global, Inc. v. MotionPoint Corp.*, No. 2015-1165, -1201 (Fed. Cir. Oct. 2, 2015) (noting the non-overlap in briefing and fact that the Board decision only involves one patent at issue in the litigation).

MotionPoint may self-expedite the case by filing its response brief early. However, for the reasons stated here, MotionPoint has not made a sufficient showing to justify shortening the time for TransPerfect to file its briefs. The court will not grant TransPerfect's motion for an extension of time and no other extension of time in this appeal should be anticipated.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to expedite the appeal is denied.

(2) The motion to extend time is denied.

TRANSPERFECT GLOBAL, INC. v. MOTIONPOINT CORPORATION   3

                                          FOR THE COURT

                                          /s/ Daniel E. O'Toole
                                          Daniel E. O'Toole
                                          Clerk of Court

s31