No. 2016-1121

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

**TRANSPERFECT GLOBAL, INC.,**

*Appellant,*

v.

**MOTIONPOINT CORPORATION,**

*Appellee.*

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Covered Business Method Patent Review No. CBM2014-00060

_____

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF**

_____

| | |
|---|---|
| Jonathan M. Strang | Douglas E. Lumish |
| Michelle K. Holoubek | Jeffrey G. Homrig |
| STERNE, KESSLER, GOLDSTEIN & FOX PLLC | Gabriel S. Gross |
| | LATHAM & WATKINS LLP |
| 1100 New York Avenue, NW | 140 Scott Drive |
| Washington, DC  20005 | Menlo Park, CA  94025-1008 |
| (202) 371-2600 | (650) 328-4600 |
| | |
| Gabriel K. Bell | Joseph H. Lee |
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| 555 Eleventh Street, NW | 650 Town Center Drive |
| Suite 1000 | 20th Floor |
| Washington, DC  20004 | Costa Mesa, CA  92626 |
| (202) 637-2200 | (714) 540-1235 |

*Counsel for Appellant TransPerfect Global, Inc.*

Appellant TransPerfect Global, Inc. ("TransPerfect") respectfully requests that the time for filing its opening brief, currently due December 28, 2015, be extended forty-five (45) days, to February 11, 2015.  *See* Fed. R. App. P. 26(b); Fed. Cir. R. 26(b).  This motion is timely filed more than seven days before TransPerfect's opening brief is due and TransPerfect has not previously been granted an extension.  *See* Fed. Cir. R. 26(b).  Appellee MotionPoint Corporation ("MotionPoint") does not oppose this motion and does not intend to file a response.

On October 30, 2015, MotionPoint filed an opposed motion to expedite the briefing schedule and TransPerfect filed an opposed motion to extend the briefing schedule.  ECF Nos. 2, 10.  On November 23, 2015, the Court denied both motions and stated that no further extensions should be anticipated.  ECF No. 23 at 2.  However, circumstances have recently changed, as discussed below and in the attached declaration.

MotionPoint no longer opposes an extension of time for TransPerfect's opening brief.  On December 7, 2015, the parties agreed to resolve all disputes now between them.  Although formal settlement documents are expected to be executed soon, with the settlement process still ongoing, it is not certain at this point whether or in what form the present appeal will proceed.  TransPerfect anticipates that MotionPoint will move to withdraw from this appeal and that TransPerfect

will continue to pursue this appeal as "a traditional *ex parte* appeal to this court from a Board determination." *In re Van Geuns*, 946 F.2d 845, 849 (Fed. Cir. 1991).[1]  But, given the uncertainties inherent in the settlement process, an extension for TransPerfect's opening brief is warranted to ensure that resources are not unnecessarily expended in the meantime.[2]  Therefore, there is good cause for the requested extension.

Dated:  December 16, 2015                          Respectfully submitted,

                                                                 /s/ Douglas E. Lumish

| | |
|---|---|
| Jonathan M. Strang | Douglas E. Lumish |
| Michelle K. Holoubek | Jeffrey G. Homrig |
| STERNE, KESSLER, GOLDSTEIN & FOX PLLC | Gabriel S. Gross |
| | LATHAM & WATKINS LLP |
| 1100 New York Avenue, NW | 140 Scott Drive |
| Washington, DC  20005 | Menlo Park, CA  94025-1008 |
| (202) 371-2600 | (650) 328-4600 |
| | |
| Gabriel K. Bell | Joseph H. Lee |
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| 555 Eleventh Street, NW | 650 Town Center Drive |
| Suite 1000 | 20th Floor |
| Washington, DC  20004 | Costa Mesa, CA  92626 |
| (202) 637-2200 | (714) 540-1235 |

*Counsel for Appellant TransPerfect Global, Inc.*

---

[1]  In such an appeal, the PTO Director "must furnish this court a brief justifying the Board's decision." *In re Van Geuns*, 946 F.2d at 850; *see* 35 U.S.C. § 143.  In this appeal, the Director may also elect to formally intervene.  35 U.S.C. § 143.

[2]  On December 8, 2015, in related appeals involving the same parties, the Court granted the parties' joint motion to remove that matter from the December 9 oral argument calendar in light of the settlement discussions.  Order 1-2, *TransPerfect Global, Inc. v. MotionPoint Corp.*, Nos. 15-1165, 15-1201 (Fed. Cir. Dec. 8, 2015), ECF No. 65.

# CERTIFICATE OF INTEREST

Counsel for Appellant, Douglas E. Lumish, certifies the following:

1. The full name of every party or amicus curiae represented by me is:

    TransPerfect Global, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or agency or are expected to appear in this court are:

    **Latham & Watkins, LLP**: Douglas E. Lumish, Jeffrey G. Homrig, Gabriel S. Gross, Gabriel K. Bell, Joseph H. Lee

    **Sterne, Kessler, Goldstein, & Fox PLLC**: Jonathan M. Strang, Michelle K. Holoubek, Donald R. Banowit, Robert Greene Sterne, Salvador M. Bezos

Dated: December 16, 2015　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Douglas E. Lumish
　　　　　　　　　　　　　　　　　　　　Douglas E. Lumish
　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　140 Scott Drive
　　　　　　　　　　　　　　　　　　　　Menlo Park, CA  94025-1008
　　　　　　　　　　　　　　　　　　　　(650) 328-4600

　　　　　　　　　　　　　　　　　　　　*Counsel for Appellant*
　　　　　　　　　　　　　　　　　　　　*TransPerfect Global, Inc.*

# No. 2016-1121

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

_____

**TRANSPERFECT GLOBAL, INC.,**

*Appellant,*

**v.**

**MOTIONPOINT CORPORATION,**

*Appellee.*

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Covered Business Method Patent Review No. CBM2014-00060

_____

## DECLARATION OF DOUGLAS E. LUMISH IN SUPPORT OF APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS OPENING BRIEF

_____

I, Douglas E. Lumish, do hereby state and declare as follows:

1. I am a partner in the law firm Latham & Watkins LLP and lead counsel for Appellant TransPerfect Global, Inc. ("TransPerfect") in this appeal.

2. I make this declaration in support of Appellant's Unopposed Motion for Extension of Time to File Its Opening Brief.

3. TransPerfect's opening brief is currently due December 28, 2015.

4. On December 7, 2015, the parties agreed to resolve all disputes now between them. I anticipate that formal settlement documents will be executed

soon. However, with the settlement process still ongoing, it is not certain at this point whether or in what form the present appeal will proceed. I anticipate that MotionPoint will move to withdraw from this appeal and that TransPerfect will continue to pursue this appeal. But, given the uncertainties inherent in the settlement process, an extension for TransPerfect's opening brief is warranted to ensure that resources are not unnecessarily expended in the meantime.

5. MotionPoint does not oppose the requested extension and does not intend file a response.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: December 16, 2015     Respectfully submitted,

/s/ Douglas E. Lumish
Douglas E. Lumish
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025-1008
(650) 328-4600

*Counsel for Appellant*
*TransPerfect Global, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2015, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ Douglas E. Lumish  
Douglas E. Lumish
